■ RANDALL D. FOSTER, Respondent, v JAMES R. KANOUS, Appellant. (Appeal No. 2.) [805 NYS2d 920]—Appeal from an order (denominated decision) of the Supreme Court, Monroe County (William P. Polito, J.), entered November 8, 2004 in a personal injury action. The order, inter alia, granted plaintiff's motion to set aside the jury verdict with respect to causation and damages.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Foster v Kanous* (24 AD3d 1205 [2005]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Smith and Lawton, JJ.